UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-24515-CMA

HOWARD COHAN,

    Plaintiff,

vs.

FLOOR AND DECOR OUTLETS OF AMERICA INC.
a Foreign Profit Corporation
d/b/a FLOOR & DECOR

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FLOOR AND DECOR OUTLETS OF AMERICA INC., a Foreign Profit Corporation, d/b/a FLOOR & DECOR, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 20, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Beth S. Joseph** |
| Gregory S. Sconzo, Esq. | Beth S. Joseph |
| Florida Bar No.: 0105553 | Fla. Bar No. 0062952 |
| Sconzo Law Office, P.A. | E-Mail: bjoseph@morganlewis.com |
| 3825 PGA Boulevard, Suite 207 | Morgan, Lewis & Bockius LLP |
| Palm Beach Gardens, FL 33410 | 600 Brickell Avenue |
| Telephone: (561) 729-0940 | Suite 1600 |
| Facsimile: (561) 491-9459 | Miami, FL 33131 |
| Email: greg@sconzolawoffice.com | Telephone: 305.415.3308 |
| Email: perri@sconzolawoffice.com | *Attorney for Defendant* |
| Attorney for Plaintiff | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**